# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SEAN J. GRIFFITH, | § | |
| | § | No. 404, 2025 |
| Objector-Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below: Court of Chancery |
| | § | of the State of Delaware |
| SHIVA STEIN, derivatively on | § | |
| behalf of The Goldman Sachs Group, | § | |
| Inc., and individually as a | § | |
| Stockholder of The Goldman Sachs | § | |
| Group, Inc., | § | |
| | § | C.A. No. 2017-0354 |
| Plaintiff-Below, | § | |
| Appellee, | § | |
| | § | |
| LLOYD C. BLANKFEIN, | § | |
| M. MICHELE BURNS, | § | |
| GARY D. COHN, MARK A. | § | |
| FLAHERTY, WILLIAM W. | § | |
| GEORGE, JAMES A. JOHNSON, | § | |
| ELLEN J. KULLMAN, LAKSHMI | § | |
| N. MITTAL, ADEBAYO O. | § | |
| OGUNLESI, PETER | § | |
| OPPENHEIMER, DEBORA L. | § | |
| SPAR, MARK E. TUCKER, DAVID | § | |
| A. VINIAR, MARK O. | § | |
| WINKELMAN, and THE | § | |
| GOLDMAN SACHS GROUP, INC., | § | |
| | § | |
| Defendants-Below, | § | |
| Appellees | § | |

Submitted: March 25, 2026
Decided: March 31, 2026

Before **SEITZ**, Chief Justice; **TRAYNOR**, and **LEGROW**, Justices.

## **ORDER**

This 31st day of March, 2026, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the February 27, 2024 Memorandum Opinion approving the Third Settlement, and the August 11, 2025 Letter Opinion awarding fees to Plaintiff Stein and Objector Griffith.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice

1